IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA STREET APPLIANCES, | No. C07-01365 MJJ |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| OUTOKUMPU OYJ | |
| Defendant. | |

On December 18, 2007, the Court ordered plaintiff to show cause in writing, no later than January 3, 2008, why the above-entitled action should not be dismissed. To date, plaintiff has not complied with this order.

Accordingly, the present action is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. The clerk of the court is directed to close the file.

**IT IS SO ORDERED.**

Dated: 1/7/2008

MARTIN J. JENKINS
United States District Judge